UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE, on behalf of himself and others similarly situated,

        Plaintiff,

- against -

NEW YORK UNIVERSITY,

        Defendant.

23-MC-00398

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/23

**VICTOR MARRERO**, United States District Judge.

Plaintiff John Doe's motion for leave to proceed under pseudonym is hereby **GRANTED**.

This Order is entered without prejudice to New York University's right to move the Court to direct Plaintiff to disclose his identity, or any other appropriate relief, once the Clerk of Court assigns this case to a District Judge.

**SO ORDERED.**

Dated:    21 November 2023
           New York, New York

                                    Victor Marrero
                                    U.S.D.J., Part I